UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CREDE CG III, LTD.

Plaintiff,

-v-

22ND CENTURY GROUP, INC.

Defendant.

Case No. 1:16-cv-03103

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CREDE CG III, LTD. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CATASYS, INC.

**Date:** 4-26-16

**Signature of Attorney**

**Attorney Bar Code:** TF4423

Form Rule7_1.pdf SDNY Web 10/2007