

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3416
jfriedman@foley.com EMAIL

CLIENT/MATTER NUMBER
111688-0101

August 5, 2016

**By ECF**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Crede CG III, Ltd. v. 22nd Century Group, Inc.*, No. 16 CV 3103 (KPF); Request for Oral Argument

Dear Judge Failla:

      Pursuant to Section 4(E) of Your Honor's Individual Rules, Defendant hereby requests telephonic oral argument on the motion to sever and transfer Counts I, VI, and VII to the Western District of New York. *See* ECF No. 37. At the hearing in this case on June 14, 2016, the Court expressed an intention to try to conduct oral argument on this motion by telephone. ECF. No. 34, Tr. at 176.

      Respectfully,

Jonathan H. Friedman